# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2010

140545 & (17)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RODNEY D. ELLIS,
        Plaintiff-Appellee,

v

DYKEMA GOSSETT, P.L.L.C.,
        Defendant-Appellant,
and

LINCOLN NATIONAL LIFE INSURANCE
COMPANY and LINCOLN FINANCIAL
ADVISORS CORPORATION,
        Defendants-Appellees.

SC: 140545
COA: 294941
Kent CC: 07-010348-NO

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2010

_____
Clerk

0331